**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER SCHER,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ROUND HILL MUSIC LP, and JOSHUA GRUSS, in his individual capacity,<br><br>　　　　　　　　Defendants. | 1:20-cv-01208-LJL<br><br>Hon. Lewis J. Liman |

## **DEFENDANTS' NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that pursuant to Rule 2(F) of this Court's Individual Rules for Practice in Civil Cases, and for the reasons set forth in Defendants' Memorandum of Law in Support of Defendants' Motion to File Documents Under Seal, Defendants, by and through their undersigned attorneys, hereby move this Court for an order granting approval to file under seal certain documents submitted in connection with the Defendants' Motion to Compel Arbitration.

Dated: February 28, 2020
       New York, New York

                                          Respectfully submitted,

/s/ Joshua I. Schiller
Joshua I. Schiller
Benjamin Margulis
Thomas H. Sosnowski
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(212) 446-2300
jischiller@bsfllp.com
bmargulis@bsfllp.com
tsosnowski@bsfllp.com

*Attorneys for Defendants Round Hill Music LP and Joshua Gruss*

TO:

Amy F. Shulman
Luis C. Hansen
OUTTEN & GOLDEN LLP
685 Third Avenue
25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2071

*Attorneys for Plaintiff*

(via ECF and email)

## **CERTIFICATE OF SERVICE**

I certify that on February 28, 2020, a true and correct copy for the foregoing was sent via ECF and electronic mail to Plaintiff's counsel at the address below:

Amy F. Shulman
Luis C. Hansen
OUTTEN & GOLDEN LLP
685 Third Avenue
25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2071
ashulman@outtengolden.com
lhansen@outtengolden.com

*Attorneys for Plaintiff*


/s/ Joshua I. Schiller
Joshua I. Schiller