UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
JENNIFER SCHER, :
:
               Plaintiff, :
: 20-cv-01208 (LJL)
    -v- :
: ORDER
ROUND HILL MUSIC LP and JOSHUA GRUSS, in his :
individual capacity, :
:
              Defendants. :
                                                          X
---------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The Court has received motions by the Parties to file certain submissions and documents under seal; in those motions, each Party requests in the alternative to file the submissions and documents in redacted form (see Dkt. Nos. 9-10, 17-19). It is hereby ORDERED that by March 9, 2020, each Party shall file their proposed redacted submissions and documents on ECF, following the procedures set forth in my Individual Practices. Any Party seeking to object to the filing of a submission or document in redacted form shall submit its objection by March 11, 2020.

      SO ORDERED.

Dated: March 2, 2020
New York, New York

                                                            LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/02/2020